2009-02524
FILED
January 27, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004022112

JOHN A. DICICCO
Principal Deputy Assistant Attorney General

ANDY R. CAMACHO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-1481
Facsimile: (202) 307-0054
E-mail: andy.r.camacho@usdoj.gov

THOMAS M. ROHALL, Wash. St. Bar No. 12201
Special Assistant United States Attorney
4330 Watt Ave., Suite 470
Stop No. SA 2801
Sacramento, CA 95821-7012
Tel No. (916) 974-5700
Fax No. (916) 974-5732

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for United States of America

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MAX SOLIZ AND JUDY SOLIZ,<br><br>Debtors. | Case No. 08-33879-E-7 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>MAX SOLIZ AND JUDY SOLIZ,<br><br>Defendants. | Adv. No. 09-02524-E<br><br>**STIPULATED JUDGMENT RE: COMPLAINT TO DETERMINE THAT TAX DEBTS ARE EXCEPTED FROM DISCHARGE UNDER 11 U.S.C. § 523** |



RECEIVED
January 20, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004022112

Pursuant to the agreement of the parties and for good cause shown,

***IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:***

(1). That the income tax liabilities and interest on the tax owed to the United States for the taxable years 2000 and 2002 through 2007 are excepted from discharge under 11 U.S.C. § 523(a)(1)(C);

(2). That the assessed penalties and the interest on the penalties owed to the United States for the taxable years 2000 and 2002 through 2003 are not excepted from discharge under the provisions of 11 U.S.C. § 523(a)(7) and therefore are subject to discharge under 11 U.S.C. § 727;

(3). That the proposed penalty and the interest on the penalty owed to the United States for the taxable year 2004 are not excepted from discharge under the provisions of 11 U.S.C. § 523(a)(7) and therefore are subject to discharge under 11 U.S.C. § 727;

(4). That the assessed, accrued or proposed penalties and the interest on the penalties owed to the United States for the taxable years 2005, 2006, and 2007 are excepted from discharge under the provisions of 11 U.S.C. § 523(a)(7);

(5). That, except for the 2004, 2005, 2006 and 2007 years, all of the income tax liabilities including penalties, are secured by notices of federal tax lien, thus the discharge entered in this case will not affect the tax liens; and

///

///

///

(6). Each party will bear its own attorney's fees and costs of the suit incurred herein.

The foregoing judgment is approved as to form and content.

For Defendants:

MICHAEL M. NOBLE Esq.
Counsel for Defendants

Dated: 8/3/11

MAX SOLIZ
Defendant

Dated: 8/1/2011

JUDY SOLIZ
Defendant

Dated: 8/1/2011

For the United States:

BENJAMIN B. WAGNER
United States Attorney

By:
ANDY R. CAMACHO
Trial Attorney, Tax Division

Dated: 1/20/2012

Dated: January 27, 2012

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court
Eastern District of California